# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Cr. No. 1:19-MJ-79LDA |
| | : | |
| CALEB BROWN, | : | |
| Defendant | : | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE WARDEN, ADULT CORRECTIONAL INSTITUTE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CRANSTON, RI ; THE UNITED STATES MARSHALS SERVICE; AND ANY OTHER APPROPRIATE FEDERAL LAW ENFORCEMENT OFFICER.

You are commanded to produce the body of defendant CALEB BROWN, presently incarcerated at the ADULT CORRECTIONAL INSTITUTE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CRANSTON, RI before **Lincoln D. Almond, United States Magistrate Judge** of the United States District Court for the District of Rhode Island, in **Courtroom A**, on **Thursday, October 17, 2019,** at **2:00 p.m.,** for **an INITIAL APPEARANCE** in the above-entitled matter, and at any subsequent times ordered by the court until the termination of proceedings in this court; and you are further directed to retain the defendant in the custody of the Attorney General of the United States, or to abide by such order of the above entitled court as shall thereafter be made concerning the custody of said prisoner, when his presence before this court is no longer required.

WITNESS the Honorable Lincoln D. Almond, Lincoln D. Almond, United States Magistrate Judge for the District of Rhode Island.

**DATED**: 10/15/2019 3:48:12 PM

**HARORAH TYER-WITEK, CLERK**
**UNITED STATES DISTRICT COURT**

(INITIAL APPEARANCE)

By: /s/Martha Saucier
Martha Saucier
Deputy Clerk