# UNITED STATES DISTRICT COURT
for the
Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-MJ-79 LDA |
| Caleb Brown, YOB: 1996 | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Caleb Brown, YOB: 1996,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(b) (Count One – Travel with Intent to Engage in Illicit Sexual Conduct);
18 U.S.C. § 2422(b) (Count Two – Enticement);
18 U.S.C. § 2251(a) (Count Three – Production of Child Pornography); and
18 U.S.C. § 2252(a)(4)(B)) (Count Four – Possession of Child Pornography).

Date: 10/15/19

City and state: Providence, RI

Issuing officer's signature

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/19, and the person was arrested on *(date)* 10/22/2019
at *(city and state)*

Date: 10/22/19

Arresting officer's signature

ROBERT CHARETTE, SD USM
*Printed name and title*